# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>DAVID BENNETT,<br>                Defendant. | Case No. 2:99-cr-0145-PMP-RJJ<br><br>ORDER |

    This matter is before the Court to clarify the order of restitution previously entered as part of the Judgment filed in this criminal case ("Judgment") (ECF No. 148), following the sentencing held on September 19, 2001 (ECF No. 143). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom Defendant owes restitution.

    It is therefore ordered that Defendant must make restitution to the following payee in the following amount:

**Name of Payee:** DEPT OF DEFENSE- SGLI

**Amount of Restitution:** $201,568.00

**Total Amount of Restitution ordered:** $201,568.00\*\*

\*\*Joint and Several with co-defendants Ellen Bennett and Scott Bennett

DATED THIS 20th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE